ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOUIS GAINES, | Case No. CV 08-03215 TJH (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: ___5/27___, 2008

TERRY J. HATTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY